NVB 105-8 (Effective 1/17)            E-FILED 5/22/18

Attorney _____
Nevada Bar # _____
Firm Name _____
Address _____
City, State, Zip _____
Phone Number _____
Email Address _____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

✶ ✶ ✶ ✶ ✶ ✶

In re:                                   )   BK-S-
                                        )
                                        )   CHAPTER 13
                                        )
                                        ) **FINAL REPORT OF MORTGAGE**
                                        ) **MODIFICATION MEDIATION**
_____ Debtor(s). _____ ) **PROGRAM MEDIATOR**

The undersigned Mortgage Modification Mediation ("MMM") Program Mediator reports to the Court as follows:

A. MMM proceedings were commenced in this case involving the following parties:

    1. [ ] The Debtor [and Debtor's attorney], _____

    2. [ ] The co-obligor/co-borrower/or other third party, _____

        _____

    3. [ ] The Lender's representative, _____

        and Lender's attorney, _____

    4. [ ] Other: _____

B. The MMM proceedings resulted in the following:

    1. [ ] The parties settled prior to attending.

    2. [ ] The case was dismissed.

3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.

4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.

5. [ ] The parties reached an agreement:

   [ ]   The parties agreed to a Final Loan Modification agreement.

   [ ]   Other: _____.

6. [ ] The parties did not reach an agreement.


Dated: _____              /s/ M NELSON SEGEL
                                 Signature of Mediator
                                 Print name:    _____
                                 Address:       _____
                                                _____
                                 Telephone:     _____
                                 Email:         _____

- 2 -